UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKEEM MUHAMMAD,

        Plaintiff,

v.                            Case No. 3:10-cv-195-J-34MCR

MARVIN DAVIS,
et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE[1]

Plaintiff, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a civil rights complaint (Complaint). Plaintiff complains about the conditions of confinement at Florida State Prison. On April 26, 1996, the President signed into law the Prison Litigation Reform Act, which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

The Court takes judicial notice of Case No. 3:06-cv-527-J-32TEM, in which the Court dismissed Plaintiff's case without prejudice pursuant to 28 U.S.C. § 1915(g). Specifically, the Court stated:

> The Court takes judicial notice of Case Number 4:97cv105-WS, which was brought by Plaintiff in the United States District Court for the Northern District of Florida. The case was dismissed for failure to state a claim. Also, the appeal of the dismissal order in this case was dismissed as frivolous. Appellate Case No. 98-3165-F. The Court also takes judicial notice of Case No. 4:97-cv-383-MP which was filed in the Northern District of Florida. It too was dismissed for failure to state a claim. Additionally, the appeal of the dismissal order was dismissed as frivolous. Appellate Case No. 98-2508-II. Finally, Case No. 97-1174-Civ-J-20C, filed in the Middle District of Florida, was dismissed as frivolous. Also, the appeal was dismissed as frivolous. Appeal Case No. 97-3282.
>
> Plaintiff does not dispute that he has three strikes. See Plaintiff's June 9, 2006, Motion for "Imminent Danger" Status (Doc. #3). Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury,[] this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a civil rights complaint form and paying the full $350.00 filing fee.

Case No. 3:06-cv-527-J-32TEM, Order of Dismissal Without Prejudice (Doc. #7), filed June 9, 2006, at 1-3 (footnote omitted).

Similarly here, Plaintiff admits that he has three qualifying dismissals. See Plaintiff's Motion for Imminent Danger Status (Doc. #2), filed March 4, 2010, at 1 (citing Case Nos. 4:97cv105-WS; 4:97-cv-383-MP; and 97-1174-Civ-J-20C). Because Plaintiff has had three qualifying dismissals and is not under imminent danger of serious physical injury,[2] this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.  Plaintiff's Motion for Imminent Danger Status (Doc. #2) is **DENIED**.

2.  Plaintiff's application to proceed in forma pauperis (Doc. #3) is **DENIED**.

3.  This case is hereby **DISMISSED** without prejudice.

---

[2] Plaintiff alleges that he suffers from colitis and irritable bowel syndrome (IBS) and therefore cannot tolerate lactose, fruits, vegetables, beans and fruit juice. Complaint at 3. As a practicing Orthodox Sunni Muslim, he states that his religion forbids the consumption of unslaughtered meat, food contaminated with it or food placed on the same tray with it. Id. He states that he has been approved to receive meatless alternative meals, but those meals contain lactose, fruits, vegetables, fruit juice and beans, which cause gastric distress. Id. He claims that the Defendants have refused to prescribe him with adequate medical dietary accommodations to address his food intolerance caused by the colitis and the IBS. Id. at 6.

4. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of March, 2010.

MARCIA MORALES HOWARD
United States District Judge

sc 3/4
c:
Akeem Muhammad